# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRANDON K. KIRKLAND

NO. 2019 KW 1019

**AUGUST 14, 2019**

---

In Re: Brandon K. Kirkland, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-18-0084.

---

**BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT